**Wanda ROLDAN, Administratrix of the Estate of Rene M. Roldan, Plaintiff, Appellant,**

v.

**Jo Anne B. BARNHART, Acting Commissioner of Social Security, Defendant, Appellee.**

**No. 02–2140.**

United States Court of Appeals, First Circuit.

April 29, 2003.

Michael James Kelly on brief, for appellant.

George B. Henderson, II, Assistant United States Attorney, Michael J. Sullivan, United States Attorney, and Michael E. Kerpan, Jr., Assistant Regional Counsel, Office of the Chief Counsel, Region I, Social Security Administration on brief, for appellee.

Before BOUDIN, Chief Judge, CAMPBELL, Senior Circuit Judge, and LIPEZ, Circuit Judge.

PER CURIAM.

After carefully reviewing the briefs and record on appeal, we *affirm* substantially for the reasons stated by the district court.

The appellant argues that the administrative law judge ignored material evidence and substituted his judgment for

expert medical opinion. However, substantial evidence supported the determination that the claimant would not have been disabled if he had not been drinking. 20 C.F.R. § 404.1535(b). The record contains ample evidence linking the claimant's symptoms to ongoing alcohol abuse, in addition to liver disease. *Ortiz v. Secretary of Health and Human Services*, 955 F.2d 765, 769 (1st Cir.1991).

*Affirmed.* Loc. R. 27(c).